IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BOBBIE J. HINES                                                                PLAINTIFF

VS.                                   CIVIL NO. 05-1051

JO ANNE B. BARNHART,
COMMISSIONER, SOCIAL SECURITY ADMINISTRATION          DEFENDANT

## **O R D E R**

For reasons stated in a memorandum opinion of this date, we hereby remand this case to the Commissioner for further consideration pursuant to sentence six of 42 U.S.C. § 405(g).

IT IS SO ORDERED AND ADJUDGED this 24th day of July 2006.

                                                          /s/ Bobby E. Shepherd
                                                          HONORABLE BOBBY E. SHEPHERD
                                                          UNITED STATES MAGISTRATE JUDGE